IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BE LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1396 (CFC) |
| | ) | |
| VIASAT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to answer, move or otherwise respond to the Complaint is extended until January 20, 2022.

GAWTHROP GREENWOOD, PC

*/s/ David W. deBruin*

David W. deBruin (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE  19807
(302) 777-5353
ddebruin@gawthrop.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this_____day of December, 2021.

_____
Chief, United States District Judge